UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TRAE JAVAR COMPTON,
PLAINTIFF,

V.

DAVID J. EBBERT, DOJ,
J. DILTZ, F. KLOSNER,
NORTH EAST REGIONAL,
CENTRAL OFFICE, GRAND PRAIRIE,
INSPECTOR GENERAL.

CIVIL NO.
COMPLAINT

FILED
SCRANTON

MAY 03 2019

PER _____
DEPUTY CLERK

BIVENS V. SIX UNKNO[WN]
AGENTS OF FEDERAL
BUREAU OF NARCOTICS
403 U.S. 388 (1971).

1.                A. JURISDICTION
THIS COURT HAS JURISDICTION UNDER 28 U.S.C SECTION § 13
(2) (3).

2.

### B. APPROPRIATE VENUE

THE UNITED STATES PRISON LEWISBURG IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION § 1391 (b)(2) BECAUSE IT: WHERE THE EVENTS GIVING RISE TO CLAIMS OCCURED.

### C. PLAINTIFF

3. PLAINTIFF TRAE JAVAR COMPTON, IS AND WAS AT ALL TIME: MENTION HEREIN A PRISONER OF THE U.S.P LEWISBURG: THE CUSTODY OF LEWISBURG (FBOP) FEDERAL SMU BUREAU O PRISON. PLAINTIFF IS CURRENTLY CONFINED IN LEWISBUR SMU U.S.P IN LEWISBURG, PENNSYLVANIA.

4.

### D. REASON FOR IMMINENT DANGER

PLAINTIFF TRAE JAVAR COMPTON IS BEING FALSELY IMPRI: AT U.S.P LEWISBURG. PLAINTIFF ARRIVED AT U.S.P LEWISBU SMU WHEN THE PROGRAM WAS A 18 MONTH PROGRAM. PLAINT WAS LEVEL 3 COMPLETE BUT WAS TOLD BY HIS UNIT TEAM [B MANAGER KLOSNER THAT I HAD TO START THE PROGRAM OVER BECAUSE I HAD GOT A INCIDENT REPORT CHARGE AND WAS REMOVED FROM I-BLOCK TO G-BLOCK. THE 18 MONTH PROGRA CHANGED TO A 9 TO 13 MONTH PROGRAM AUGUST 8, 2016 — PLAIN HAS BEEN AT LEWISBURG SINCE 12\28\2015.

PLAINTIFF HAS BEEN THROUGH EXTREM ADVERSITY, HARDSHIP IMMINENT DANGER, MAIL TAMPER WITH THAT HAS DESTROYED COMMUNICATION WITH HIS FAMILY AND LEGAL AFFAIRS IN WHI HE DOE'S NOT RECEIVE INCOMING OR OUTGOING MAIL EVERYTHING MUST BE CERTIFIED MAIL AN SOMETIMES NEVER RECEIVE A RESPONSE.

PLAINTIFF IS DENIED MENTAL HEALTH TREATMENT IN WHICH HE: COURT ORDERED. HE HAS BEEN SOLITARY CONFINEMENT 4 YEARS B N

AT U.S.P LEWISBURG AN BEING TOLD BY PSYCOLOGY THAT CONFINEMENT CANT CONSTITUTE FURTHER MENTAL DISORDERS. PLAINTIFF IS DENIED MEDICAL CARE AN HAS TO HOLD HIS FOOD SLOT TO GET HELP BECAUSE THERE IS NO AFFORDABLE C[ARE] AT ALL BY STAFF OR OFFICER OR NURSES.

PLAINTIFF HAS FILED AFFIDAVITS TO SIS AND DHO, PSYCO[LOGY] THAT I FEAR'D FOR MY LIFE BECAUSE I'M NOT SUPPOSE TO BE AT THIS FACILITY OVER 24 MONTHS I WAS IGNORED TO NO AVAIL OF SIS OR STAFF.

PLAINTIFF HAS BEEN SLANDERED BY HIS CHARACTER AS A RAPIST, CHOMO AN HOMOSEXUAL TO THE INMATE POPULATI[ON] AT U.S.P LEWISBURG PRISON FOR A (205) ENGAGING IN SEXUAL IN WHICH SUCH ACT IS WHEN YOU SEXUALLY ASSAULT "STAFF OR IN[MATE]" BUT IS GIVEN IF YOU MASTURBATE OR CAUGHT DOING IT SO INM[ATES] WILL JUMP ON YOU OR KILL YOU.

PLAINTIFF IS IN IMMINENT DANGER BECAUSE ALL OF [HIS] PRIVILEGES WERE TAKEN BY DHO SO HE HAS NO TELEPHONE UNTIL 2024, HE CANNOT EMAIL BECAUSE THE EMAILS WERE TAKEN OFF THE COMPUTERS AT U.S.P LEWISBURG.

PLAINTIFF HOPES AND WISHES TO BE REMOVED IMMEDI[ATELY] BY THE U.S. MARSHALLS BEFORE MY FOOD GET TAMPERED WI[TH] MY MAIL IS TAMPERED WITH OR I'M PLACED IN RESTRAINTS IN RETALIATION OF THIS LAWSUITE.

5.               E. DEFENDANTS

DEFENDANT DAVID J. EBBERT WARDON OF U.S.P LEWISBURG P.O. BOX 1000 LEWISBURG, PA 17837. HE IS LEGALLY RESPONS[IBLE] FOR THE OPERATION OF U.S.P LEWISBURG PRISON AND WELFA[RE] OF ALL INMATES OF THAT PRISON.

6. DEFENDANT NORTHEAST REGIONAL OFFICE U.S. CUSTOM HOU[SE]

7TH FLOOR SECOND AND CHESTNUT STREET. PHILADELPHIA, PA 19106 LEGALLY RESPONSIBLE FOR THE RUNING OF THE INSTITUT AT U.S.P. LEWISBURG PRISON.

7. DEFENDANT CENTRAL OFFICE 320 FIRST ST. NORTH WEST WASHINGTON, DC 20534 LEGALLY RESPONSIBLE FOR THE NORTH REGIONAL OFFICE IN RUNING OF THE INSTITUTION AT U.S LEWISBURG PRISON.

8. DEFENDANT DOJ U.S. INS 425 I ST., WASHINGTON, DC 20! RESPONSIBLE FOR LEGAL OPERATION AND CARE OF INMATES IN THE INSTITUTION AT U.S.P. LEWISBURG PRISON.

9. DEFENDANT F. KLOSNER CASE MANAGER P.O. BOX 1000 LEWISBURG, PA 17837 LEGALLY RESPONSIBLE FOR INFORMIN THE INMATE OF HIS STATUS AND HELPING THE INMATE W LEGAL MATTERS. AT U.S.P LEWISBURG PRISON.

10. DEFENDANT COUNSELER J. DILTZ P.O. BOX 1000 LEWISB PA 17837 RESPONSIBLE FOR LEGAL MATERIAL, ADVICE AN SPECIAL MAIL, LEGAL MAIL PROCEDURES IN THE INSTITUTION AT U.S.P. LEWISBURG.

11. DEFENDANT U.S. ARMED FORCE RESERVE COMPLEX 344 MARINE FORCES DRIVE GRAND PRAIRIE, TX 75051. RESPONSIBLE FO SENTENCING AND DESIGNATION IN FEDERAL BURUEAU OF PRIS RESPONSIBLE FOR RE-DESIGNATION OF INMATES AT U.S.P LEWISB

12. U.S. DEPARTMENT OF JUSTICE, OFFICE OF THE INSPECTOR GENERAL INVESTIGATION DIVISION 950 PENNSYLVANIA AVENU NW SUITE 4706 WASHINGTON, DC 20530. RESPONSIBLE FOR

THE LEGAL OPERATION, OFFICERS, STAFF AND COMPLEX.

### F. FACTS

13. PLAINTIFF HAS BEEN INCARCERATED AT U.S.P. LEWISBURG SMU PROGRAM SINCE 12-28-2015. THE PROGRAM CHANGED AUGUST 9, 2016 TO A 9 TO 13 MONTH PROGRAM WITH A (24) N CONSECUTIVE. PLAINTIFF FROM AUGUST 9, 2016 TO AUGUST 9, 20 WHICH IS EXACTLY (24) MONTHS SHOULD HAVE BEEN RE-DESIGN "WITHIN" 24 MONTHS FROM AUGUST 9, 2016 WOULD BE CONSECUT

   PLAINTIFF BECAME A SMU FAILURE AUGUST 9, 2018 HE EXACTLY (24) MONTHS AND NOW IS BEING ILLEGALLY HELD AND FALSE IMPRISONMENT SINCE SEPTEMBER 1, 2018 AND IS NOW (■) 8 MONTHS OVER THE CONSECUTIVE 24 MONTHS

14. THE DEFENDANTS F. KLOSNER AND COUNSOLER ●J. DILTZ CONTINUE TO LIE TO PLAINTIFF ABOUT HIS STATUS AND RE DESIGNATION [SEE] DOCUMENT(A)(B). PLAINTIFF IS DENIED HALFWAY HOUSE BASE ON HOW MANY INCIDENT REPORTS HE H THIS HAS NOTHING TO DO WITH HIM GETTING HALFWAY HOUSE E DOCUMENT (A)(B).

15.        ### G. EXHAUSTION OF LEGAL REMEDIES

PLAINTIFF TRAE JAVAR COMPTON USED THE PRISONER GRIEVAN PROCEDURE AVAILABLE AT U.S.P. LEWISBURG SMU TO TRY AND RE-SOLVE THE PROBLEM. ON MARCH 5, 2019 A BP 8 WAS FILED T COUNSOLER DILTZ INFORMAL RESOLUTION ATTEMPT # G 35-19 DOCU (A)(B) ON THE BACK OF THIS DOCUMENT IT STATES" YOU ARE CURR BEING REVIEWED FOR RRC PLACEMENT" IN WHICH HE WAS LIED T BY CASE MANGER KLOSNER [SEE] DOCUMENT (A)(B) ADMIN. REMED NO.: 971458-F1 ADMINISTRATIVE REMEDY RESPONSE.

16. PLAINTIFF ON MARCH 20, 2019 FILED A BP10 TO THE NOR EAST REGIONAL THROUGH COUNSOLER J. DILTZ WHO SIGNED CE IFIED MAIL OR RESPONSE 3-25-19 IS STATUS DATE (971458 BUT PLAINTIFF NEVER RECEIVED A RECEIPT OR A RESPONSE THE NORTH EAST REGIONAL [SEE] EXHIBIT (I).

17. PLAINTIFF ON APRIL 10, 2019 INFORMAL RESOLUTION ATTE # G-59-19 DOCUMENT (A)(B) ON KLOSNER IS JUST NOW PLACING PLAINTIFF IN FOR RE-DESIGNATION STATUS 3-12-2019 TO KEEP PLAINTIFF FROM FILING THIS IS 7 MONTHS OVER THE (24) MON

H. LEGAL CLAIM

18. THESE DEFENDANT DAVID J. EBBERT, J. DILTZ, F. KLOSNER, CEN OFFICE, NORTH EAST REGIONAL OFFICE, GRAND PRAIRIE, AND TH INSPECTOR GENERAL ALL COMMITTED THE PROHIBITED ACT OF FALSE IMPRISONMENT ILLEGALLY HOLDING PLAINTIFF TRAE COMPTON B HIS FREE WILL VIOLATING HIS 1ST, 4TH, 5TH, 8TH AMENDMENTS WITH ALL AFFORDABLE CARE AS WELL.

I. PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAY THAT THIS COURT ENTER JUDGMENT:

19. PLAINTIFF TRAE JAVAR COMPTON SEEKS COMPENSATORY DAMAGES IN THE AMOUNT OF $600,000.00 THOUSAND DOLLARS AGAINST EACH DEFENDANT IN THERE INDIVIDUAL CAPACITY FOR ACTION OF FALSE IMPRISONMENT OF PLAINTIFF.

20. PLAINTIFF SEEKS PUNITIVE DAMAGES IN THE AMOUNT OF $20 000,000 MILLION DOLLARS FROM THE U.S. DEPARTMENT OF JUS "ONLY" FOR THE ACTION OF FALSE IMPRISONMENT OF PLAINTIFF

21. PLAINTIFF SEEKS A JURY TRIAL ON ALL ISSUES BY JURY

22. PLAINTIFF SEEKS RECOVERY OF THEIR COSTS IN THIS SUIT.

23. ANY ADDITIONAL RELIEF THIS COURT DEEM JUST, PROPER, EQUITABLE.

DATED: 5-4-2019

RESPECTFULLY SUBMITTED,

TRAE JAVAR COMPTON #26710-057
P.O. BOX 1000
LEWISBURG, PA 17837
U.S.P. LEWISBURG PRISON

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIF. THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJI THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT U.S.P. LEWISBURG SMU PRISON, PA ON 5-4-2019

SIGNATURE:
TRAE JAVAR COMPTON
*Trae Javar Compton*

LEW 1330.16A
ADMINISTRATIVE REMEDY PROGRAM
ATTACHMENT A

INFORMAL RESOLUTION ATTEMPT # G 59-19

DOCUMENT (A)(B)
Look on Back

In accordance with Program Statement 1330.16, <u>Administrative Remedy Program</u>, this form will serve as documentation by the respective staff member and his unit manager to indicate an informal attempt to resolve the complaint of the following inmate:

NAME: TRAE COMPTON          Reg. No: 26710-057

FORM TO INMATE: 4-10-19     STAFF: D. LTZ        W
                (Date)             (Name)         (Unit)

A BP-229(13) WILL NOT ORDINARILY BE ACCEPTED WITHOUT THIS COMPLETED FORM ATTACHED

---

1. Nature of Complaint (to be completed by inmate):

ON 4-15-2019 PER PROGRAM STATEMENT (PS) P5217.02 DATED AUGUST 9, 2016 I TRAE COMPTON #26710-057 HAVE BEEN IN (NOT) SOLITARY CONFINEMENT AN FALSE IMPRISONMENT AFTER COMPLETE-ING THE 9 TO 13 MONTH PROGRAM IN WHICH PROGRAM STATEMENT (PS) P5217.01 SPECIAL MANAGEMENT UNITS (11-19-08) PAGE (13) NUMBER #8 REDESIGNATION (C.) "IF AN INMATE FAILS TO COMPLETE THE SMU PROGRAM "WITHIN" 24 CONSECTIVE MONTHS HE\SHE WILL BE PLACED IN SMU FAIL STATUS". ON AUGUST 9, 2016 THIS PROGRAM WAS A 9 TO 13 MONTH PROGRAM I TRAE COMPTON ON AUGUST 9, 2018 BECAME SMU FAILURE DUE TO 24 MONTH CONSECUTIVE IN WHICH HE WAS ALREADY SUPPOSE HAD BEEN PLACED IN FOR REDESIGNATION, NOW IS BEING SOLITARY CONFINEMENT AN FALSE IMPRISONMENT DUE TO BEING HELD ILLEGALLY FROM SEPTEMBER 2018 TO APRIL 15, 2019 WHICH IS 8 MONTHS 15 DAYS OVER THE CONSECUTIVE (24) MONTHS. I TRAE COMPTON #26710-057 HAS APPROXIMATLY (12) MONTH MAX AND 8 MONTHS IF PRE-RELEASE HALFWAY HOUSE. I CANNOT GO TO ADX I'M UNDER 5 YEAR, I CANNOT GO TO A 18 MONTH PROGRAM WITH 12 MONTH BECAUSE I'M UNABLE TO COMPLETE.

I ASK FOR A OIG INVESTIGATION OF SOLITARY CONFINEMENT AND ~~[illegible]~~ FALSE IMPRISON-MENT.

LEW 1330.16A
ADMINISTRATIVE REMEDY PROGRAM
ATTACHMENT A CONTINUED

FOR STAFF USE ONLY (to be completed within 5 working days)

2. Date Received from Inmate: 4-10-19

3. Staff Member Assigned to Respond by U/M: Klosner

4. Efforts Made to Resolve the Problem: As of 3-12-2019 you have been placed in WAITING for Correctional Services Redesignation Status.

4. Applicable Program Statement Used in this Informal Resolution Attempt: _____

5. Inmate's Response to Informal Remedy Attempt: _____

Prepared by: Klosner

Received by (U/M): Act FK  4-16-19

Original Returned to Inmate (Date): 4-16-19

cc: Central File

HALF
HOUSE

LEW 1330.16A
ADMINISTRATIVE REMEDY PROGRAM
ATTACHMENT A

INFORMAL RESOLUTION ATTEMPT # G35-19    DOCUMENT (A)LB)
LOOK ON BACK

In accordance with Program Statement 1330.16, Administrative Remedy Program, this form will serve as documentation by the respective staff member and his unit manager to indicate an informal attempt to resolve the complaint of the following inmate:

NAME Compton    Reg. No. 86710-057

FORM TO INMATE: 3-5-19    STAFF Dietz    W
            (Date)              (Name)      (Unit)

A BP-229(13) WILL NOT ORDINARILY BE ACCEPTED WITHOUT THIS COMPLETED FORM ATTACHED

----

1. Nature of Complaint (to be completed by inmate):

ON 3-5-19 AT APPROXIMATELY 1:30 PM DURING UNIT TEAM ROUNDS UNIT MANAGER KLOSENER DENIED PUTTING ME IN FOR HALFWAY HOUSE VIOLATING MY 5TH AMENDMENT DUE PROCESS AND "DELIBERATE INDIFFERENCE" STATING ON THE RANG "YOU SAID YOU WAS'NT GOING TO ASK ABOUT HALFWAY AN MORE IF I GAVE YOU A PHONE CALL" THIS IS BRIBERY! ALSO IN VIOLATION OF THE BUREAU ISSUED PROGRAM STATMENT 7310.04 COMMUNITY CORRECTION CENTER (CCC) UTILIZATION AND TRANSFER PROCEDURES (PS) 7310.04 ON DECEMBER 16, 1998, IN ORDER TO PROVIDE GUIDE- LINES TO STAFF REGARDING THE EFFECTIVE USE OF HALF WAY HOUSE TO MAKE PRE-RELEASE CUSTODY DECISION UNDER §3621(b) AND 3624(C). PS 7310.04 IT INSTRUCTS THAT UNDER 3624(C) (WHICH NOW HAS BEEN AMEND BY THE (SCA) AS DISCUSSED (INFRA) THE BUREAU HAS THE DISCRETION TO REFER INMATE TO HALFWAY HOUSES FOR UP TO 180 DAYS. (UNDER THE (SCA), THE BUREAU NOW HAS THE DISCRETION TO MAKE A REFFERAL FOR UP TO 12 MONTHS.
KLOSENER HAS NO RIGHT TO DENY ME HALFWAY HOUSE FOR MY GOOD CONDUCT TIME, TIME OR CONDUCT I WOULD LIKE TO BE PUT IN FOR "HALFWAY HOUSE" IMMEDIATELY (SEE PS 7310.04 THAT RECOGNIZES §3621(b) PROVIDES BUREAU WITH AUTHORITY TO DESIGNATE AN INMATE TO A HALFWAY HOUSE "SEPARATE" FROM THE "AUTHORITY" GRANTED TO IT UNDER §3624(C) AND THAT WHEN IT EXCERCISES ITS "AUTHORITY" UNDER §3621(b) IT IS NOT RESTRICTED BY §3624(C)'S TIME CONSTRAINTS, WHICH (AT THE TIME PS 7310.04 WAS ISSUED) LIMITED PRE-RELEASE HALF WAY HOUSE DESIGNATION TO THE "LAST TEN PER CENTRUM OF THE TERM, NOT TO EXCEED SIX MONTHS (ON PAGE (4) PS 7310.04).

LEW-1330.15A
ADMINISTRATIVE REMEDY PROGRAM
ATTACHMENT A CONTINUED

FOR STAFF USE ONLY (to be completed within 5 working days)

DOCUMENT (A)(B)

2. Date Received from Inmate: 3-12-19

3. Staff Member Assigned to Respond by U/M: Kiosver

4. Efforts Made to Resolve the Problem: You ARE currently being reviewed for RRC Placement.

4. Applicable Program Statement Used in this Informal Resolution Attempt: _____

5. Inmate's Response to Informal Remedy Attempt: _____

Prepared by: F. Kiosver

Received by (U/M): ____ F____ 3-12-19

Original Returned to Inmate (Date): 3-13-19

cc: Central File

**U.S. DEPARTMENT OF JUSTICE**     **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

G-99-1
3-13-19

DOCUMT(A)(B)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **COMPTON  TRAE  J.**     **26710-057**    **G-BLOCK**    **LEWISBURG, P**
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A- INMATE REQUEST** ON 3-5-19 AT APPROXIMATELY 1:30 PM DURING UNIT TEA ROUNDS UNIT MANAGER KLOSENER DENIED PUTTING ME IN FOR HALFWAY HOUSE VIOLATING MY 5TH AMENDMENT DUE PROCESS AND "DELIBERATE INDIFF( STATING ON THE RANG "YOU SAID YOU WAS'NT GOING TO ASK ABOUT HALFWAY I ANY MORE IF I GAVE YOU A PHONE CALL" THIS IS BRIBERY! ALSO IN VIOLATION OF THE BUREAU ISSUED PROGRAM STATEMENT 7310.04 COMMUNITY CORRECTI CENTER (CCC) UTILIZATION STATEMENT 7310.04 AND TRANSFER PROCEDURES 7310.04, ON DECEMBER 16, 1998, IN ORDER TO PROVIDE GUIDELINES TO STAF REGARDING THE EFFECTIVE USE OF HALFWAY HOUSE TO MAKE PRE-RELEA( CUSTODY DECISION UNDER §3621(b) AND 3624(C). (PS) 7310.04 IT INSTR THAT UNDER 3624(C) (WHICH NOW HAS BEEN AMEND BY THE (SCA) AS DISCU (INFRAL) THE BUREAU HAS THE DISCRETION TO REFER INMATE TO HALFWA HOUSES FOR UP TO 180DAYS. (UNDER THE (SCA), THE BUREAU NOW HAS THE DISCRETION TO REFER INMATE TO HALFWAY HOUSE FOR UP TO 12 MONTHS. KLOSENER HAS NO RIGHT TO DENY ME HALFWAY HOUSE FOR MY GOOD CONDU TIME OR CONDUCT I WOULD LIKE TO BE PUT IN FOR "HALFWAY HOUSE" IMMEDIATELY (SEE PS 7310.04 THAT RECOGNIES §3621(b) PROVIDES BUREAU WI

3-18-19     (ATTACHMENT PAGES)     **TRAE COMPTON J.**
   DATE          4 PAGES          SIGNATURE OF REQUESTER

**Part B- RESPONSE**

**RECEIVED**

**MAR 20 2019**

ADMIN REMEDY CLERK
USP LEWISBURG

_____          _____
DATE                                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this respons*

ORIGINAL: RETURN TO INMATE             CASE NUMBER: **971458-F**

CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

DOCUMENT (A)(B)

Admin. Remedy No.: 971458-F1
Part B- Response

## ADMINISTRATIVE REMEDY RESPONSE

This is in response to your Request for Administrative Remedy received March 20, 2019, wherein you state you have not be given appropriate consideration for Residential Re-Entry Center (RRC) placement, six months prior to your projected release date to satisfy your release needs. You request an immediate RRC referral.

A review of this matter reveals your Unit Team has recommended you not be afforded the opportunity to participate in a Residential Re-Entry Center placement. This recommendation was based upon utilizing the criteria established in the Second Chance Act of 2007. The criteria states, the five factors to consider are the resources of the facility contemplated, the nature and circumstances of the offense, the history and characteristics of the prisoners, any statement by the court which imposed the sentence and any pertinent policy statement issued by the United States Sentencing Commission. In addition to the above factors, the Unit Team considered your institutional conduct. You have incurred 43 incident reports, to include violations within the Special Management Unit (SMU).

In view of the above, there is no basis for relief, and your request for Administrative Remedy has been denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

3/25/19
Date

David J. Ebbert, Warden

```
LEWC7              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    04-16-2019
PAGE 005 OF 005 *                SANITIZED FORMAT                *   15:55:58

REMEDY-ID    SUBJ1/SUBJ2  ---------------------ABSTRACT------------------------
             RCV-OFC      RCV-FACL     DATE-RCV        STATUS    STATUS-DATE

955207-R1    20DM/        DHO APPEAL
             NER          LEW          09-28-2018      REJ       10-01-2018

951478-R3    34AS/        STAFF FALSIFIED DOCS & FAILED TO CALL FOR ASSISTANCE
             NER          LEW          10-02-2018      CLD       11-01-2018

955207-R2    20DM/        DHO APPEAL
             NER          LEW          10-09-2018      REJ       10-12-2018

956878-F1    34BS/        FEARS FOR HIS SAFETY DUE TO STAFF HARRASSMENT
             LEW          LEW          10-16-2018      CLD       10-19-2018

955207-R3    20DM/        DHO APPEAL
             NER          LEW          10-22-2018      CLD       11-21-2018

951478-A1    34AS/        STAFF FALSIFIED DOCS & FAILED TO CALL FOR ASSISTANCE
             BOP          LEW          11-15-2018      CLO       02-07-2019

964724-F1    20ZS/        DHO'S TOOK MORE THAN 54 GCT DAYS IN ONE YEAR
             LEW          LEW          01-14-2019      REJ       01-14-2019

968143-F1    28BS/        NOT RECEIVING MENTAL HEALTH TREATMENT
             LEW          LEW          02-19-2019      CLD       02-22-2019

968143-R1    28BS/        NOT RECEIVING MENTAL HEALTH TREATMENT
             NER          LEW          03-15-2019      CLD       04-12-2019

971458-F1    19FS/        CLAIMS HE WAS DENIED HALFWAY HOUSE PLACEMENT
             LEW          LEW          03-20-2019      CLD       03-25-2019

971459-F1    34AS/26CS    MED STAFF ARE THROWING AWAY HIS SICK CALLS
             LEW          LEW          03-20-2019      CLD       03-25-2019

973111-R1    20ZM/        DHO APPEALS
             NER          LEW          04-01-2019      REJ       04-03-2019


                    60 REMEDY SUBMISSION(S) SELECTED
GOCOO          TRANSACTION SUCCESSFULLY COMPLETED
```

